GARY M. RESTAINO
United States Attorney
District of Arizona
W. VINNIE LICHVAR
Assistant U.S. Attorney
Arizona State Bar No. 028112
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Vinnie.Lichvar@usdoj.gov
Attorneys for Plaintiff

FILED ___ ___ LODGED
___ RECEIVED ___ COPY

SEP 2 0 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

              Plaintiff,

       vs.

Angela Sanchez-Correa,

              Defendant.

No.    CR-22-1221-PHX-DJH (DMF)

**INDICTMENT**

VIO: 8 U.S.C. §§ 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii), (a)(1)(B)(i)
(Conspiracy to Transport Illegal Aliens for Profit)
Count 1

8 U.S.C. §§ 1324(a)(1)(A)(ii) and (a)(1)(B)(i)
(Transportation of Illegal Aliens for Profit)
Count 2

18 U.S.C. § 371 and 8 U.S.C. §§ 1324(a)(2), (a)(2)(B)(ii), and (a)(2)(B)(iii)
(Conspiracy to Bring Illegal Aliens to the United States for Profit)
Count 3

8 U.S.C. §§ 1324(a)(2), (a)(2)(B)(ii), and (a)(2)(B)(iii)
(Bringing Illegal Aliens to the United States for Profit)
Count 4

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

Beginning on an unknown date and continuing through on or about August 29, 2022,

in the District of Arizona, the defendant, ANGELA SANCHEZ-CORREA, did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown to the grand jury to transport and move within the United States, and attempt to do the same, aliens who had come to, entered, and remained in the United States in violation of law, by means of transportation and otherwise, and in furtherance of such violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).

## COUNT 2

On or about August 29, 2022, in the District of Arizona, the defendant, ANGELA SANCHEZ-CORREA, knowing and in reckless disregard of the fact that certain aliens, namely: Raquel Escobar-Cordova and Mercy Cecibel Marroquin-Gonzalez, had come to, entered, and remained in the United States in violation of law, did knowingly transport and move said aliens within the United States by means of transportation and otherwise in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (a)(1)(B)(i).

## COUNT 3

Beginning on an unknown date and continuing through on or about August 29, 2022, in the District of Arizona, the defendant, ANGELA SANCHEZ-CORREA, did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown to the grand jury, to bring aliens to the United States knowing and in reckless disregard of the fact that such aliens had not received prior official authorization to come to, enter, and reside in the United States, in violation of Title 8, United States Code, Sections 1324(a)(2), (a)(2)(B)(ii), and (a)(2)(B)(iii).

In furtherance of said conspiracy and to effect and accomplish the objects thereof, the following overt acts, among others, were committed in the District of Arizona and

elsewhere: on or about August 29, 2022, the defendant, ANGELA SANCHEZ-CORREA, brought Raquel Escobar-Cordova and Mercy Cecibel Marroquin-Gonzalez to the Mexican border with the United States and failed to present Raquel Escobar-Cordova and Mercy Cecibel Marroquin-Gonzalez to an appropriate immigration officer at the San Luis Port of Entry, Arizona. The defendant, ANGELA SANCHEZ-CORREA, did so for the purpose of commercial advantage and private financial gain, with the intent that Raquel Escobar-Cordova and Mercy Cecibel Marroquin-Gonzalez would enter the United States, knowing and in reckless disregard of the fact that Raquel Escobar-Cordova and Mercy Cecibel Marroquin-Gonzalez did not have prior official authorization to come to, enter, and reside in the United States.

All in violation of Title 18, United States Code, Section 371.

## COUNT 4

On or about August 29, 2022, in the District of Arizona, the defendant, ANGELA SANCHEZ-CORREA, knowing and in reckless disregard of the fact that certain aliens, namely: Raquel Escobar-Cordova and Mercy Cecibel Marroquin-Gonzalez, had not received prior official authorization to come to, enter, or reside in the United States, did bring to the United States said aliens for the purpose of commercial advantage and private financial gain and did not upon arrival immediately bring and present said aliens to an appropriate immigration officer at a designated port of entry.

///
///
///
///
///
///
///
///
///
///

In violation of Title 8, United States Code, Sections 1324(a)(2), (a)(2)(B)(ii), and (a)(2)(B)(iii).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: September 20, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona


/s/
W. VINNIE LICHVAR
Assistant U.S. Attorney